**CLOSED**

| | |
|---|---|
| ANKIT PATEL, | UNITED STATES DISTRICT COURT |
| | DISTRICT OF NEW JERSEY |
| Plaintiff(s), | |
| | Hon. Dennis M. Cavanaugh, U.S.D.J. |
| -vs- | Civil Action No. 10cv2350 (DMC)(JAD) |
| | |
| PENTAGROUP FINANCIAL, LLC, | <u>DISMISSAL ORDER</u> |
| | |
| Defendant(s), | |

IT HAVING BEEN REPORTED to the Court that the above-captioned matter has been settled;

IT IS on this 8th day of February, 2011

ORDERED THAT this matter be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to seek to reopen the action if the settlement is not consummated.

        S/ Dennis M. Cavanaugh
        **DENNIS M. CAVANAUGH**
        United States District Judge

cc:    All Parties
       Hon. Joseph A. Dickson, U.S.M.J.
       File